IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLAKE BOX d/b/a BLAKE BOX, COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-1010-O |
| DALLAS MEXICAN CONSULATE GENERAL, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has granted Defendant Dallas Mexican Consulate General's Motion to Set Aside Default Judgment (ECF No. 22) filed March 23, 2010.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that all claims presented in this case are hereby dismissed without prejudice for the reasons stated therein.

**SO ORDERED** on this **23rd** day of **December, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**