**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BLAKE BOX d/b/a BLAKE BOX COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-1010-O |
| DALLAS MEXICAN CONSULATE GENERAL, | § § § | |
| Defendant. | § § | |

**DALLAS MEXICAN CONSULATE GENERAL'S NOTICE OF THE UNITED STATES SUPREME COURT'S REQUEST FOR RESPONSE TO PETITION FOR WRIT OF CERTIORARI**

The Dallas Mexican Consulate General (the "Consulate") files this notice to advise the court of recent events in the United States Supreme Court related to this matter.

By way of background, Plaintiff filed a Notice of Filing Proposed Order (the "Notice") in this court on December 23, 2015. Dkt. No. 120. The Consulate opposed that filing, preserving its challenges to the court's jurisdiction over it and informing the court that it had filed a Petition for Writ of Certiorari in the United States Supreme Court (the "Petition"). Dkt. No. 121.

Subsequently, on January 27, 2016, Box filed an express waiver of his right to file a response in opposition to the Petition, and the Petition was therefore distributed for the Supreme Court's Conference on February 26, 2016. *See* Ex. A, Supreme Court Docket Sheet. The Supreme Court did not wait for conference to act upon the Petition. Rather, on February 18, 2016, the Court requested that Box file a response to the Petition. That response is currently due March 21, 2016, and under Supreme Court Rule 15, the Consulate's reply in support of the Petition will be due on April 4, 2016. The Petition will be re-circulated to the Supreme Court

once briefing is complete.

The overwhelming majority of petitions to the U.S. Supreme Court are denied without response. Considering the Supreme Court's request for a response, which reflects express interest in the jurisdictional issues raised in the Petition, the Consulate respectfully submits that any further action in this court before the Petition is resolved could result in a waste of the court's and both parties' resources. Accordingly, the Consulate respectfully encourages the court to defer any final ruling in this matter until the Petition has been resolved.

Respectfully submitted,

*/s/ Debra J. McComas*
Debra J. McComas
State Bar No. 00794261
Richard D. Anigian
State Bar No. 01264700
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
Telephone:  (214) 651-5000
Telecopier:  (214) 651-5940

**ATTORNEYS FOR DEFENDANT
DALLAS MEXICAN CONSULATE
GENERAL**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the following attorneys of record to the above cause in accordance with the Federal Rules of Civil Procedure on the 24th day of February, 2016:

Edward Jason Dennis
Samuel B. Hardy, IV
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue
Suite 2700
Dallas, TX 75201
Fax:  (214) 981-3839

*/s/ Debra J. McComas*
Debra J. McComas



Visiting the Court | Touring the Building | Exhibitions

Search: ● All Documents ○ Docket      **Advanced Search**

Enter Search Text: [　　　　　　　　]    Search    Help

Home | Search Results

| | |
|---|---|
| No. 15-831 | |
| Title: | Dallas Mexican Consulate General, Petitioner |
| | v. |
| | Blake Box, dba Blake Box Company |
| Docketed: | December 28, 2015 |
| Lower Ct: | United States Court of Appeals for the Fifth Circuit |
|   Case Nos.: | (14-10744, 14-10953) |
|   Decision Date: | August 19, 2015 |
|   Rehearing Denied: | September 24, 2015 |

~~~Date~~~  ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~

Dec 23 2015   Petition for a writ of certiorari filed. (Response due January 27, 2016)

Jan 27 2016   Waiver of right of respondent Blake Box, dba Blake Box Company to respond filed.

Feb 10 2016   DISTRIBUTED for Conference of February 26, 2016.

Feb 18 2016   Response Requested . (Due March 21, 2016)

---

~~~Name~~~~~~~~~~~~~~~~~~~      ~~~~~~~Address~~~~~~~~~~~~~~~~~~      ~~~Phone~~~

**Attorneys for Petitioner:**

Debra J. McComas      Haynes and Boone, LLP      (214) 651-5000

# Exhibit A

Counsel of Record

2323 Victory Avenue

Suite 700

Dallas, TX  75219-7673

debbie.mccomas@haynesboone.com

Party name: Dallas Mexican Consulate General

**Attorneys for Respondent:**

Edward Jason Dennis            Lynn Tillotson Pinker & Cox, LLP        (214) 981-3830

Counsel of Record          2100 Ross Avenue

Suite 2700

Dallas, TX  75201

jdennis@lynnllp.com

Party name: Blake Box, dba Blake Box Company

February 19, 2016 | Version 2014.1

**Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV**

# Supreme Court of the United States