# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 25, 2016

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Dallas Mexican Consulate General
           v. Blake Box, dba Blake Box Company
           No. 15-831
           (Your No. 14-10744, 14-10953)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 26, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 14-10744    Blake Box v. Dallas Mexican Consulate Gen
                           USDC No. 3:08-CV-1010

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Charlene A. Vogelaar, Deputy Clerk
                         504-310-7648